DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

17 MARCH 2016

| 038P16 | Dr. Catherine B. Newkirk v. CVS-Caremark Corp., et al. | Petitioner's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-857) | Denied |
|---|---|---|---|
| 039P16 | State v. John David Watson | 1. Def's Motion for Temporary Stay<br><br>2. Def's Petition for *Writ of Supersedeas* | 1. Allowed **02/09/2016**<br><br>2. |
| 040P16 | State v. Kadeem Kirk | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-83)<br><br>2. State's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as moot |
| 047P16 | State v. Raymond Lee Crook, Jr. | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-458) | Denied |
| 048P16 | Jamie Lee Stephenson v. State of North Carolina; Thomas Locke, Superior Court Judge; Susan Doyle, District Attorney; Michelle Ball, Clerk of Court | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 049P16 | State v. Ahking Kaliek Williams | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA15-551) | Denied |
| 050P16 | State *ex rel.* Rebecca Aguirre v. Courts of Wilmington, North Carolina | Petitioner's *Pro Se* Motion for Petition Requesting Supervisory Control Over the Inferior Courts of North Carolina by the North Carolina Supreme Court | Dismissed |
| 051P16 | State v. Kelvin W. Sellers | Def's *Pro Se* Motion for PDR (COAP16-65) | Dismissed<br><br>**Ervin, J., recused** |
| 053P16 | Darryl B. Adkins v. North Carolina Department of Public Safety | Plt's *Pro Se* Motion for Request for Review (COA16-20) | Dismissed |
| 056PA14-2 | Kirby, et al. v. N.C. Department of Transportation | Attorney Tanoury's Motion to Withdraw | Allowed **02/01/2016** |